**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Colby A. Petersen, Esq. SBN 274387
cpetersen@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA  90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

Attorneys for Defendant ON-SITE MANAGER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI GIAVASIS,<br><br>            Plaintiff,<br><br>      vs.<br><br>ON-SITE MANAGER, INC.; DOES 1-10 inclusive,<br><br>            Defendant. | Case No.: 2:17-CV-05916<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION); DEMAND FOR JURY TRIAL**<br><br>Complaint filed:   July 31, 2017 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT Defendant ON-SITE MANAGER, INC. ("Defendant"), hereby removes to this Court the state court action described below.

1.      On July 31, 2017, an action was commenced in the Superior Court of the State of California, City and County of Los Angeles, entitled NIKKI GIAVASIS, Plaintiff, vs. ON-SITE MANAGER, INC., Defendant as Case Number 17STLC00562. A copy of the Summons is attached hereto as Exhibit "1".

2.      The first date upon which Defendant received a copy of said Complaint was on or about August 8, 2017, after Defendant was served by personal service with a copy of said Complaint and a Summons from said state court. A response would

1 therefore be due within thirty (30) days from the date of service, September 7, 2017. A
2 copy of the Complaint is attached hereto as Exhibit "2".

3     3.    This is a civil action of which this Court has original jurisdiction under 28
4 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant
5 to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action where causes of
6 action are claimed under Federal statutes, specifically Plaintiff's first cause of action
7 for relief under 15 U.S.C. §§ 1681s-2, 1681n and 1681o.

8     4.    Removal to this district court is proper under 28 USC § 1441(a) because
9 the Los Angeles Superior Court is geographically located within this Court's district.

10     5.    Defendant On-Site Manager, Inc. hereby demands trial by jury in this
11 action.

Dated: August 9, 2017

**JACOBSON, RUSSELL, SALTZ,
NASSIM & DE LA TORRE, LLP**

By: /s/ Michael J. Saltz
    Michael J. Saltz, Esq.
    Attorneys for Defendant, On-Site Manager, Inc.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1800 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909