**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Colby A. Petersen, Esq. SBN 274387
cpetersen@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

Attorneys for Defendant ON-SITE MANAGER, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI GIAVASIS,<br><br>  Plaintiff,<br><br>vs.<br><br>ON-SITE MANAGER, INC.; DOES 1-10 inclusive,<br><br>  Defendant. | Case No.: 2:17-CV-05916<br><br>**DEFENDANT ON-SITE MANAGER INC.'S ANSWER TO COMPLAINT**<br><br>Complaint filed:   July 31, 2017 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant ON-SITE MANAGER, INC. ("Defendant") through its undersigned counsel, hereby answers the Complaint filed by Plaintiff NIKKI GIAVASIS ("Plaintiff").

1. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 1 and on that basis must deny.

2. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 2 and on that basis must deny.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1800 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

3. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 3 and on that basis must deny.

4. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 4 and on that basis must deny.

5. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 5 and on that basis must deny.

6. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 6 and on that basis must deny.

7. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 7 and on that basis must deny.

8. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 8 and on that basis must deny.

9. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 9 and on that basis must deny.

10. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 10 and on that basis must deny.

11. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 11 and on that basis must deny.

12. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 12 and on that basis must deny.

13. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 13 and on that basis must deny.

14. On information and belief, Defendant lacks denies each and every material allegation set forth in Paragraph 14.

15. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 15 and on that basis must deny.

16. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 16 and on that basis must deny.

17. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 17 and on that basis must deny.

18. Defendant hereby reaffirms, realleges, and incorporates herein by this reference the admissions and denials as set forth in Paragraphs 1-17 of this Answer.

19. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 19 and on that basis must deny.

20. Defendant hereby reaffirms, realleges, and incorporates herein by this reference the admissions and denials as set forth in Paragraphs 1-19 of this Answer.

21. On information and belief, Defendant admits each and every material allegation set forth in Paragraph 21.

22. On information and belief, Defendant denies each and every material allegation set forth in Paragraph 22.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1800 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

23. On information and belief, Defendant lacks sufficient knowledge to either admit or deny each and every material allegation set forth in Paragraph 23 and on that basis must deny.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole or in part because, at all material times, Defendant acted reasonably, in good faith and without malice based upon all relevant facts and circumstances known by Defendant at the time.

### THIRD DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole or in part because Defendant satisfied all obligations that it had, if any, under applicable law.

### FOURTH DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's recovery is limited in whole or in part by Plaintiff's failure to mitigate her alleged damages and also by the doctrine of avoidable consequences and all similar and equivalent doctrines.

///

///

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1800 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

## FIFTH DEFENSE

To the extent, if any, that Plaintiff seeks to recover for any alleged harm that is outside of the applicable statute of limitations, such claims are barred by the applicable statute of limitations.

## SIXTH DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole or in part because Plaintiff did not suffer any cognizable damage or other harm as a proximate result of any act or omission of Defendant.

## SEVENTH DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole or in part because the alleged losses or harms sustained by Plaintiff, if any, resulted from the acts or omissions of Plaintiff or from causes other than any act or omission by Defendant.

## EIGHTH DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole or in part because the alleged losses or harms sustained by Plaintiff, if any, resulted from causes other than any alleged act or omission by Defendant or its agents or employees, including but not limited to acts or omissions by third parties.

## NINTH DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole or in part because Defendant's conduct was privileged.

///

///

///

## TENTH DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole or in part because Defendant's conduct was mandated by law.

## ELEVENTH DEFENSE

Defendant is informed and believes, and thereon alleges that assuming, *arguendo,* any of the unlawful conduct alleged by Plaintiff occurred, such unlawful conduct was not perpetrated by a managing agent of Defendant, nor did any managing agent of Defendant ratify the alleged unlawful conduct.

## TWELFTH DEFENSE

Defendant is informed and believes, and thereon alleges that, to the extent Plaintiff seeks civil or statutory penalties, or punitive or statutory damages, such claims violate the Fifth, Eighth, Fourteenth and Amendments of the United States Constitution, including the prohibition against excessive fines.

## THIRTEENTH DEFENSE

Defendant is informed and believes and thereon alleges that to the extent any allegation or cause of action alleged in Plaintiff's Complaint relies upon any verbal or non-verbal speech or expression, including any commercial speech, such allegations or causes of action are barred by the protections of free speech and expression contained in the First Amendment of the United States Constitution.

## FOURTEENTH DEFENSE

Defendant is informed and believes, and thereon alleges that, Plaintiff's Complaint was filed in bad faith and for the purposes of harassment and Defendant is entitled to its attorneys' fees in defending this action pursuant to 15 U.S.C § 1681n and 15 U.S.C. § 1681o accordingly.

## FIFTEENTH DEFENSE

Defendant is informed and believes, and thereon alleges that Plaintiff's Complaint, and each and every cause of action contained therein, are barred in whole

or in part because any alleged communication by Defendant was truthful and/or accurate when made.

## RESERVATION OF ADDITIONAL DEFENSES

Defendant reserve the right to amend this Answer should it later discover facts demonstrating the existence of new and/or additional defenses and/or should a change in the law support the inclusion of new and/or additional defenses.

## DEMAND FOR JURY TRIAL

Defendant On-Site Manager, Inc. hereby demands trial by jury in this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays judgment as follows:

1. That Plaintiff take nothing by her complaint;

2. That Defendant be awarded its costs herein incurred; and

3. For such other and further relief as the court may deem proper.

DATED: September 11, 2017         **JACOBSON RUSSELL SALTZ NASSIM & DE LE TORRE LLP**

By:   /s/ Michael J. Saltz
      Michael Saltz
      Attorneys for Defendant
      ON-SITE MANAGER, INC.