# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NIKKI GIAVASIS,** | ) Case No. 5:17-cv-05510-LHK |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| vs. | ) |
| **ON-SITE MANAGER, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. The Clerk shall close the file.

Dated this 22nd day of March, 2018.



The Honorable Lucy H. Koh

Order to Dismiss - 1